

"UNDER SEAL"

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

SEP 16 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) GEVON MARQUISE KING<br>a/k/a "Bun"<br><br>(2) MICHAEL DWANE WILLIAMS | DOCKET NO. **5:20CR-75-KDB**<br><br>**UNDER SEAL**<br><br>**ORDER TO SEAL THE INDICTMENT** |
|---|---|

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

IT IS HEREBY ORDERED that the Indictment, Motion to Seal and this Order, be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 16 day of September, 2020.

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA